UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. REPUBLIC STEEL, INC., Defendant. | Case No. 1:24-cv-176 |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.9, the undersigned counsel hereby provides notice of withdrawal from this matter, as she is leaving the U.S. Department of Justice. Plaintiff the United States is currently represented by other counsel who has made an appearance on the record. As the matter is closed and another attorney from the U.S. Department of Justice has appeared, no substitution is required.

Respectfully submitted,

Date: June 12, 2025

s/ JESSICA DURNEY
*Digitally signed by JESSICA DURNEY
Date: 2025.06.12 18:08:14 -04'00'*
JESSICA DURNEY
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-4592
Jessica.Durney@usdoj.gov